# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
      §
WELACHA, JOHN ANTHONY § Case No. 13-26033
WELACHA, MARIA ROCIO §
      §
      Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/26/2013 . The undersigned trustee was appointed on 06/26/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     9,691.19

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 4.55 |
   | Bank service fees | 32.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 9,654.64 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/23/2013 and the deadline for filing governmental claims was 12/23/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,719.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,719.12, for a total compensation of $ 1,719.12 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/30/2014               By:/s/BRENDA PORTER HELMS, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-26033 CAS Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WELACHA, JOHN ANTHONY | Date Filed (f) or Converted (c): | 06/26/13 (f) |
| | WELACHA, MARIA ROCIO | 341(a) Meeting Date: | 07/19/13 |
| For Period Ending: | 04/30/14 | Claims Bar Date: | 10/23/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 603,035.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 7,681.19 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL AND JEWELRY | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. CAMERA | 100.00 | 0.00 | | 0.00 | FA |
| 6. INTERESTS IN INSURANCE POLICIES | 535.63 | 0.00 | | 0.00 | FA |
| 7. EDUCATION IRAS | 46,312.00 | 0.00 | | 0.00 | FA |
| 8. PENSION PLANS AND PROFIT SHARING | 98,284.00 | 0.00 | | 0.00 | FA |
| 9. PENSION PLANS AND PROFIT SHARING | 154.09 | 0.00 | | 0.00 | FA |
| 10. STOCK AND BUSINESS INTERESTS | 0.50 | 0.00 | | 0.00 | FA |
| 11. 2009 HYUNDAI ACCENT GLS | 7,172.00 | 0.00 | | 4,800.00 | FA |
| 12. 2009 HYUNDAI SONATA | 7,638.00 | 0.00 | | 4,891.19 | FA |
| 13. DOG | 25.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $777,437.41 $0.00 $9,691.19 $0.00

(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14   Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 13-26033 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | WELACHA, JOHN ANTHONY | | Bank Name: | ASSOCIATED BANK |
| | WELACHA, MARIA ROCIO | | Account Number / CD #: | *******1640 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8992 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/31/13 | 11 | John Welacha | | 1129-000 | 2,400.00 | | 2,400.00 |
| 01/29/14 | 12 | John Welacha | debtors equity in vehicles | 1129-000 | 2,400.00 | | 4,800.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,790.00 |
| 02/15/14 | 010001 | International Sureties Ltd | Bond premiun bond #016026455 | 2300-000 | | 4.55 | 4,785.45 |
| | | 701 Polydras St. #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/05/14 | 11 | John Welacha | debtors equity in vehicles | 1129-000 | 2,400.00 | | 7,185.45 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,175.45 |
| 03/17/14 | 12 | John Welacha | Debtors equity in vehicles | 1129-000 | 2,491.19 | | 9,666.64 |
| | | | Bank Serial #: | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 9,654.64 |

```
                              COLUMN TOTALS              9,691.19        36.55       9,654.64
                   Less: Bank Transfers/CD's                 0.00         0.00
                              Subtotal                   9,691.19        36.55
                   Less: Payments to Debtors                              0.00
                              Net                        9,691.19        36.55
                                                                          NET          ACCOUNT
                              TOTAL - ALL ACCOUNTS    NET DEPOSITS   DISBURSEMENTS    BALANCE
                   Checking Account (Non-Interest Earn - *******1640)  9,691.19        36.55       9,654.64
                                                         ------------   ------------   ------------
                                                         9,691.19        36.55       9,654.64
                                                         ============   ============   ============
                                                      (Excludes Account (Excludes Payments  Total Funds
                                                         Transfers)      To Debtors)       On Hand
```

Page Subtotals    9,691.19    36.55

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-26033 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | WELACHA, JOHN ANTHONY | Bank Name: | ASSOCIATED BANK |
| | WELACHA, MARIA ROCIO | Account Number / CD #: | *******1640 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8992 | | |
| For Period Ending: | 04/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

/s/   BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 04/30/14
BRENDA PORTER HELMS, TRUSTEE

| | | | | | Page Subtotals | 0.00 | 0.00 |

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                                                                                             Ver: 17.05d

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-26033
Case Name: WELACHA, JOHN ANTHONY
　　　　　WELACHA, MARIA ROCIO
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

　　　　　　　Balance on hand　　　　　　　　　　　　　　　　　$　　　　9,654.64

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,719.12 | $ 0.00 | $ 1,719.12 |
| Attorney for Trustee Fees: Springer Brown LLC | $ 2,450.25 | $ 0.00 | $ 2,450.25 |
| Other: International Sureties Ltd | $ 4.55 | $ 4.55 | $ 0.00 |

　　Total to be paid for chapter 7 administrative expenses　　　$　　　4,169.37
　　Remaining Balance　　　　　　　　　　　　　　　　　　　$　　　5,485.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,257.70 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Simmons First National Bank | $ 5,364.43 | $ 0.00 | $ 1,265.19 |
| 2 | Elan Financial Services | $ 13,008.39 | $ 0.00 | $ 3,068.00 |
| 3 | eCAST Settlement Corp asignee | $ 4,884.88 | $ 0.00 | $ 1,152.08 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 5,485.27 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE