UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| WELACHA, JOHN ANTHONY | § | Case No. 13-26033 |
| WELACHA, MARIA ROCIO | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/13/2014 in Courtroom 240,
          Kane County Courthouse
          100 S. Third Street
          Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/07/2014          By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
WELACHA, JOHN ANTHONY  §   Case No. 13-26033
WELACHA, MARIA ROCIO  §
  §
         Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,691.19 |
| and approved disbursements of | $ | 36.55 |
| leaving a balance on hand of[1] | $ | 9,654.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,719.12 | $ 0.00 | $ 1,719.12 |
| Attorney for Trustee Fees: Springer Brown LLC | $ 2,450.25 | $ 0.00 | $ 2,450.25 |
| Other: International Sureties Ltd | $ 4.55 | $ 4.55 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,169.37 |
| Remaining Balance | | $ | 5,485.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,257.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Simmons First National Bank | $ 5,364.43 | $ 0.00 | $ 1,265.19 |
| 2 | Elan Financial Services | $ 13,008.39 | $ 0.00 | $ 3,068.00 |
| 3 | eCAST Settlement Corp asignee | $ 4,884.88 | $ 0.00 | $ 1,152.08 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,485.27 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-26033-DRC
John Anthony Welacha                                                      Chapter 7
Maria Rocio Welacha
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon          Page 1 of 1          Date Rcvd: May 08, 2014
                              Form ID: pdf006        Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2014.
db/jdb     +John Anthony Welacha,   Maria Rocio Welacha,    4121 Lindley Street,
             Downers Grove, IL 60515-2130
20650688   +Chase,    ATTN: Bankruptcy Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
20650689   +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
20650691   +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5399
20650692    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20650693   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20650694   +FIA Card Services, N.A.,    PO Box 15019,    Wilmington, DE 19886-5019
20650695   +North American Emergency Medical Center,    1252 Ogden Avenue,    Downers Grove, IL 60515-2740
20650696   +PNC Bank N.A,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
20650697   +PNC Mortgage,    3232 Newmark Dr., Bldg. 8,    Miamisburg, OH 45342-5433
20650698   +PNC Mortgage,    3232 Newmark Drive., Building. 8,    Miamisburg, OH 45342-5433
20650699   +PNC Mortgage,    2650 Warrenville Road,    Downers Grove, IL 60515-1748
20650700   +Simmons First National,    501 S Main Street,    Pine Bluff, AR 71601-4327
20788201   +Simmons First National Bank,    PO Box 6609,    Pine Bluff, AR 71611-6609
20650701   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20919555  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: ELAN FINANCIAL SERVICES,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
21103001    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20650690*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial,    U.S. Bancorp Center / Legal Dept,
               800 Nicollet Mall, 21st Floor,    Minneapolis, MN 55402)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2014 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              David   Brown, ESQ     on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Mohammed O Badwan     on behalf of Debtor John Anthony Welacha mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Mohammed O Badwan     on behalf of Joint Debtor Maria Rocio Welacha mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 5
```