UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
WELACHA, JOHN ANTHONY § Case No. 13-26033
WELACHA, MARIA ROCIO §
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on   . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | PNC Mortgage |  |  |  |  |  |
|  | PNC Mortgage |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM P.C. | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| SPRINGER BROWN LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | | | | | |
| | Comenity Bank | | | | | |
| | FIA Card Services, N.A. | | | | | |
| | North American Emergency Medical Center | | | | | |
| | PNC Mortgage | | | | | |
| 3 | ECAST SETTLEMENT CORP ASIGNEE | | | | | |
| 2 | ELAN FINANCIAL SERVICES | | | | | |
| 1 | SIMMONS FIRST NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 13-26033 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WELACHA, JOHN ANTHONY | | Date Filed (f) or Converted (c): | 06/26/13 (f) |
| | WELACHA, MARIA ROCIO | | 341(a) Meeting Date: | 07/19/13 |
| For Period Ending: | 09/03/14 | | Claims Bar Date: | 10/23/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 603,035.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 7,681.19 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL AND JEWELRY | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. CAMERA | 100.00 | 0.00 | | 0.00 | FA |
| 6. INTERESTS IN INSURANCE POLICIES | 535.63 | 0.00 | | 0.00 | FA |
| 7. EDUCATION IRAS | 46,312.00 | 0.00 | | 0.00 | FA |
| 8. PENSION PLANS AND PROFIT SHARING | 98,284.00 | 0.00 | | 0.00 | FA |
| 9. PENSION PLANS AND PROFIT SHARING | 154.09 | 0.00 | | 0.00 | FA |
| 10. STOCK AND BUSINESS INTERESTS | 0.50 | 0.00 | | 0.00 | FA |
| 11. 2009 HYUNDAI ACCENT GLS | 7,172.00 | 0.00 | | 4,800.00 | FA |
| 12. 2009 HYUNDAI SONATA | 7,638.00 | 0.00 | | 4,891.19 | FA |
| 13. DOG | 25.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $777,437.41 | $0.00 | | $9,691.19 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1
Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-26033 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WELACHA, JOHN ANTHONY | Bank Name: | ASSOCIATED BANK |
| | WELACHA, MARIA ROCIO | Account Number / CD #: | *******1640 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8992 | | |
| For Period Ending: | 09/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/31/13 | 11 | John Welacha | | 1129-000 | 2,400.00 | | 2,400.00 |
| 01/29/14 | 12 | John Welacha | debtors equity in vehicles | 1129-000 | 2,400.00 | | 4,800.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,790.00 |
| 02/15/14 | 010001 | International Sureties Ltd | Bond premiun bond #016026455 | 2300-000 | | 4.55 | 4,785.45 |
| | | 701 Polydras St. #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/05/14 | 11 | John Welacha | debtors equity in vehicles | 1129-000 | 2,400.00 | | 7,185.45 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,175.45 |
| 03/17/14 | 12 | John Welacha | Debtors equity in vehicles | 1129-000 | 2,491.19 | | 9,666.64 |
| | | | Bank Serial #: | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 9,654.64 |
| 06/13/14 | 010002 | The Helms Law Firm P.C. | Chapter 7 Compensation/Fees | 2100-000 | | 1,719.12 | 7,935.52 |
| 06/13/14 | 010003 | Springer Brown LLC | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,450.25 | 5,485.27 |
| 06/13/14 | 010004 | Simmons First National Bank | Claim 1, Payment 23.58480% | 7100-000 | | 1,265.19 | 4,220.08 |
| | | P.O. Box 6609 | | | | | |
| | | Pine Bluff AK 71611 | | | | | |
| 06/13/14 | 010005 | Elan Financial Services | Claim 2, Payment 23.58478% | 7100-000 | | 3,068.00 | 1,152.08 |
| | | Bankruptcy Department | | | | | |
| | | P.O. Box 5229 | | | | | |
| | | Cincinnati OH 45201 | | | | | |
| 06/13/14 | 010006 | eCAST Settlement Corp asignee | Claim 3, Payment 23.58461% | 7100-000 | | 1,152.08 | 0.00 |
| | | of Chase Bank USA | | | | | |
| | | P.O. Box 29262 | | | | | |
| | | New York NY 10087 | | | | | |

Page Subtotals      9,691.19      9,691.19

Ver: 18.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 13-26033 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WELACHA, JOHN ANTHONY | Bank Name: | ASSOCIATED BANK |
| | WELACHA, MARIA ROCIO | Account Number / CD #: | *******1640 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8992 | | |
| For Period Ending: | 09/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 9,691.19 | 9,691.19 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 9,691.19 | 9,691.19 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 9,691.19 | 9,691.19 | |
| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | TOTAL - ALL ACCOUNTS | | | | |
| | Checking Account (Non-Interest Earn - *******1640 | | 9,691.19 | 9,691.19 | 0.00 |
| | | | 9,691.19 | 9,691.19 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 09/03/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals       0.00       0.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*